UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Dawntiana White

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

20 MJ 11999

Defendant __Dawntiana White_____ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or _✓_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

x
____   Bail/Detention Hearing

____   Conference Before a Judicial Officer

s/Dawntiana White, by the Court, w/permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dawntiana White
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Sam A. Schmult
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/12/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge